# U.S. District Court
## Southern District of Indiana (Indianapolis)
### CRIMINAL DOCKET FOR CASE #: 1:23-mj-00628-MG All Defendants

Case title: USA v. KIPP  
Other court case number: 4:23-cr-177-2 Southern District of Texas  
Date Filed: 08/16/2023

Assigned to: Magistrate Judge Mario Garcia

**Defendant (1)**

KENNETH KIPP                                      represented by   Harold Samuel Ansell  
                                                                   INDIANA FEDERAL COMMUNITY
                                                                   DEFENDERS  
                                                                   111 Monument Circle  
                                                                   Suite 3200  
                                                                   Indianapolis, IN 46204  
                                                                   317-383-3520  
                                                                   Fax: 317-383-3525  
                                                                   Email: Sam_Ansell@fd.org  
                                                                   *ATTORNEY TO BE NOTICED*  
                                                                   *Designation: Public Defender or
                                                                   Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| WARRANT ON INDICTMENT OUT OF THE SOUTHERN DISTRICT OF TEXAS | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Kathryn E. Olivier**<br>UNITED STATES ATTORNEY'S OFFICE (Indianapolis)<br>10 West Market Street<br>Suite 2100<br>Indianapolis, IN 46204<br>317-229-2413<br>Fax: 317-226-5027<br>Email: kathryn.olivier@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/16/2023 | 1 | MINUTE ORDER for proceedings held before Magistrate Judge Mario Garcia - Initial Appearance in Rule 5(c)(3) Proceedings as to KENNETH KIPP (1) held on 8/16/2023. Defendant appeared in person and by FCD counsel Samuel Ansell. Government represented by AUSA Kathryn Olivier. USPO represented by Megan Stevens. Financial affidavit approved. Counsel appointed. Charges and rights were read and explained. Defendant waived his right to an identity hearing. Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, confirms the government's obligation to disclose favorable evidence to the accused under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and orders it to do so. Favorable evidence under Brady need only have some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings. Government moved for the defendant to remain in custody pending transport to the Southern District of Texas. Defendant consented to detention pending transport and request that the detention hearing and any other hearings he is entitled to be held in the charging district. Defendant remanded to the custody of the US Marshals pending removal to the Southern District of Texas. Signed by Magistrate Judge Mario Garcia. (DWH) (Entered: 08/17/2023) |
| 08/16/2023 | 2 | Arrest Warrant Returned by US Marshal. Service of Warrant EXECUTED on 8/15/2023 in case as to KENNETH KIPP (1). Electronic Notice to USM-W.(DWH) (Entered: 08/17/2023) |
| 08/16/2023 | 4 | WAIVER of Rule 5 (c)(3) Hearing by KENNETH KIPP (1). (DWH) (Entered: 08/17/2023) |
| 08/16/2023 | 5 | COMMITMENT TO ANOTHER DISTRICT as to KENNETH KIPP (1). Defendant committed to District of Southern District of Texas. The defendant is requesting court-appointed counsel. The defendant remains in custody after the initial appearance. The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district. Signed by Magistrate Judge Mario Garcia on 8/16/2023. Electronic Notice to USM-C.(DWH) (Entered: 08/17/2023) |
| 08/17/2023 | | Notice of a Rule 5 or Rule 32 Initial Appearance as to KENNETH KIPP (1). Transferee court case number is: 4:23-cr-177. Using a PACER account, the docket sheet and any documents may be received via the case number link. Any necessary sealed/restricted |

| | | documents will be transmitted to the receiving district court via a separate e-mail message.<br><br>If the receiving district court requires certified copies of any documents please send that request to InterdistrictTransfer_INSD@insd.uscourts.gov. (DWH) (Entered: 08/17/2023) |